**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL STEWART MULLICANE,<br><br>Petitioner,<br><br>v.<br><br>RAUL LOPEZ, Warden,<br><br>Respondent. | Case No. CV 09-5179 ODW (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("Petition"), the Magistrate Judge's Report and Recommendation, Petitioner's objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's objections generally parrot and rehash the arguments made in the combined 520-page Petition and Traverse, and lack merit for the reasons set forth in the detailed Report and Recommendation.

Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation is approved and adopted; (2) Judgment be entered denying the Petition and dismissing this action with prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: October 22, 2010

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE