# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEWART MULLICANE, <br><br> Petitioner, <br><br> v. <br><br> RAUL LOPEZ, Warden, <br><br> Respondent. | Case No. CV 09-5179 ODW (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 22, 2010

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE